# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

MELVIN PEREZ,

    **Plaintiff,**

v.                                      CASE NO. 5:13-cv-8-RS-CJK

KIM M. GRANT,

    **Defendant.**

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 35) and Plaintiff's Objections (Doc. 36). I have considered Petitioner's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Defendant's motion to dismiss (Doc. 25) is **GRANTED**.

3. The case is **DISMISSED with prejudice** under 28 U.S.C. § 1915(e)(2)(b)(ii) for Plaintiff's failure to state a claim upon which relief may be granted.

4. The clerk is directed to close the file.

**ORDERED** on February 25, 2014.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**